**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax:  (559) 214-0174
hmdrandell@sbcglobal.net
ATTORNEYS FOR DEEFENDANT, CHLOE MAYFIELD SMITH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHLOE MAYFIELD SMITH,<br><br>　　　　　Defendant. | Case No.: 1:21-CR-00223-2-DAD<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the previously imposed conditions of release be modified accordingly;

Chloe Smith tested confirmed positive for marijuana on February 12, 2022.  Ms. Smith admitted to smoking marijuana and is willing to participate in the Better Choices Court Program in lieu of a formal violation to help abstain from drug use.

Accordingly, it is stipulated that her previously ordered conditions of release be modified as follows:

1. Ms. Smith must participate in the Better Choices Court Program and comply with the rules and regulations of the program.  Ms. Smith must remain in the program until released by a pretrial services officer.  In accordance with this condition, Ms. Smith must appear telephonically before the Honorable Erica P. Grosjean on March 16, 2022, at 10:00 a.m.

2. All prior orders not in conflict with this condition shall remain in full force and effect.

Pretrial Services agrees with this modification of conditions and release.

Dated:  March 2, 2022                    STEPHANIE STOKMAN

                                         By:     /s/ Stephanie Stokman
                                         STEPHANIE STOKMAN
                                         Assistant United States Attorney,
                                         Attorney for Plaintiff


Dated:  March 2, 2022                    HARRY M. DRANDELL
                                         Law Offices of Harry M. Drandell
                                         By:     /s/ Harry M. Drandell
                                         HARRY M. DRANDELL
                                         Attorney for Chloe Mayfield Smith

**O R D E R**

The conditions of defendant's pretrial release are hereby modified as follows:

Ms. Smith must participate in the Better Choices Court Program and comply with the rules and regulations of the program.  Ms. Smith must remain in the program until released by a pretrial services officer.  In accordance with this condition, Ms. Smith must appear telephonically before the Honorable Erica P. Grosjean on March 16, 2022, at 10:00 a.m.

All prior orders not in conflict with this condition shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **March 3, 2022**                   /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE