PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>CHLOE MAYFIELD SMITH,<br><br>               Defendant. | CASE NO. 1:21-CR-00223-JLT-SKO<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter as to defendant Chloe Mayfield Smith only, as a result of the government's knowledge that Ms. Smith is now deceased.

Dated: July 27, 2023                                    PHILLIP A. TALBERT
                                                                         United States Attorney

                                                              By:  */s/ STEPHANIE M. STOKMAN*
                                                                         STEPHANIE M. STOKMAN
                                                                         Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **July 27, 2023**                                                 _____
                                                                                        UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND PROPOSED ORDER